**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaime Arturo Hinojosa Gonzalez, | No. CV-26-03330-PHX-KML (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus seeking release from immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) Respondents state they "do not oppose the release of the Petitioner." (Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is granted as to his request for release from custody. The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

/

/

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of May, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -